UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLLIE L. BRYANT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>　　　　　Respondent. | Case No. 17-cv-06846-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

On November 29, 2017, petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same day, the court sent a notification to petitioner, informing him that he did not pay the $5.00 filing fee, nor did he file a complete application to proceed *in forma pauperis* ("IFP"). The court provided petitioner with a blank IFP application, along with a notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. More than twenty-eight days have passed, and petitioner has not paid the filing fee. Petitioner also has not filed a completed application to proceed IFP.

Accordingly, the instant action is DISMISSED without prejudice. Any motion to reopen **must** contain a completed IFP application or full payment for the filing fee. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 1/29/2018

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge