UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLLIE L. BRYANT,<br><br>        Petitioner,<br><br>    v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>        Respondent. | Case No. 17-cv-06846-HSG (PR)<br><br>**JUDGMENT** |

The action having been dismissed without prejudice, judgment is entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/29/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge